**1**

STANDARD OIL COMPANY v. Albert ECKART. (Circuit Court of Appeals. Sixth Circuit. February 2, 1925.) No. 4197. In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge. G. A. E. Finlayson, of Duluth, Minn., for plaintiff in error. Edward W. Massie, of Ironwood, Mich., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**2**

Morris H. TESSLER v. Philip FEINSTEIN and Max Lesnick, Copartners, Morris Tuckel, and Max Gootesman. (Circuit Court of Appeals, Sixth Circuit. April 6, 1925.) No. 4236. In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge. Corliss, Leete & Moody, of Detroit, Mich., for plaintiff in error. Fixel & Fixel, of Detroit, Mich., for defendants in error.

PER CURIAM. Judgment of the District Court affirmed, and the cause remanded for further proceedings.

---

**3**

In the Matter of the Petition of UNION SULPHUR COMPANY, owner of the Steamship HEWITT, for Limitation of Liability; Union Sulphur Company, Petitioner-Appellant. (Circuit Court of Appeals, Second Circuit. February 4, 1925.) No. 46. Appeal from the District Court of the United States for the Southern District of New York. See, also, 284 F. 911. John M. Woolsey and Ira A. Campbell, both of New York City, for appellant. D. Basil O'Connor, of New York City, for claimant. Arthur Lavenburg, of New York City, for various claimants. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree reversed (294 F. 577), on the decision of the Supreme Court in the Matter of the Petition of East River Towing Co., Inc., 45 S. Ct. 114, 69 L. Ed. —, for limitation of liability as owner of the steamtug Edward, her engines, etc., decided December 8. 1924.

---

**4**

UNITED STATES ex rel. Robert FERRARI, Next Friend of Anna Ariani, Relator-Appellant, v. H. H. CURRAN, as Commissioner, etc., Respondent-Appellee. (Circuit Court of Appeals, Second Circuit. January 5, 1925.) No. 244. Appeal from the District Court of the United States for the Southern District of New York. Anthony Romano, of New York City, for appellant. William Hayward, U. S. Atty., of New York City (James C. Thomas, Asst. U. S. Atty., of New York City, of counsel), for appellee. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Order affirmed.

---

**5**

In the Matter of U. S. WOOD PRESERVING COMPANY, Bankrupt; American Surety Company of New York, Petitioner. (Circuit Court of Appeals, Second Circuit. January 19, 1925.) No. 140. Petition to Revise Order of the District Court of the United States for the Southern District of New York. Henry B. Johnson, of New York City (Ralph Q. Kelly, of New York City, of counsel), for trustees of the bankrupt. Flaherty, Turner & Strouse, of New York City (Louis H. Strouse and Arthur D. Fisher, both of New York City, of counsel), for petitioner. Before ROGERS and HOUGH, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Order affirmed.

---

**6**

Alvin WRIGHT v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 2, 1925.) In Error to the District Court of the United States for the Middle District of Tennessee; Paul Jones, Judge. McCarley & Stephenson and Frank P. Bond, all of Nashville, Tenn., for plaintiff in error. A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM. Judgment of the District Court affirmed.